# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

John McCoy,

Plaintiff,

v.

EMS Auto Repair, et al.,

Defendants.

Case No. 20-cv-06898
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants EMS Auto Repair, John W. Daley, III, Daley's Medical and Rental Supplies, Daley's Medical Transport, Inc.,
and against plaintiff(s) John McCoy.
.
Defendants shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 6/1/2021                                  Thomas G. Bruton, Clerk of Court

                                                /Susan McClintic , Deputy Clerk